IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR176 |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFERY HETTINGER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion to seal (Filing No. 122), and a motion for continuance of hearing (Filing No. 123).  The Court notes defendant has no objections.  Accordingly,

IT IS ORDERED:

1)  The motion to seal is granted;

2) Hearing on the petition for warrant or summons for offender under supervision (Filing No. 113) is rescheduled for:

**Friday, December 18, 2009, at 10:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 16th day of October, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court