IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )           8:02CR176
                               )
      v.                       )
                               )
JEFFERY HETTINGER,             )           ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to continue (Filing No. 125).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion to continue is granted. Hearing on the petition for warrant or summons for offender under supervision (Filing No. 113) is rescheduled for:

**Friday, February 19, 2010, at 10:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 18th day of December, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court