IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR176 |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFERY HETTINGER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion for dismissal (Filing No. 127) of the petition for offender under supervision (Filing No. 113). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. The petition for offender under supervision is dismissed.

DATED this 6th day of January, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court